# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN WALL MELTON,<br>TDCJ No. 1168128, | § | |
| | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-2099 |
| | § | |
| DOUGLAS DRETKE, | § | |
| | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

For the reasons stated in this Court's Memorandum on Dismissal entered this
date, this action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on this 30th day of September, 2005.

_____

DAVID HITTNER

United States District Judge